*In re* **APPEL,** CURTIS H. (MR 17488)
Oak Park, IL

Order of the Court:

The motion by Curtis H. Appel to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **BRUSSO,** CHARLES NORMAN (MR 17519)
Chicago, IL

Order of the Court:

The motion by Charles Norman Brusso to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.